IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ule D.C.

05 JUN -1 PM 3: 59

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

UNITED STATES OF AMERICA

v.

GINA GAIL SMITH

No. 05-CR-20043
Judge McCalla

### ORDER RE-SCHEDULING HEARING DATE

Upon motion of counsel for the defendant and for good cause shown, it is hereby

**ORDERED** that the hearing in this matter, presently set for Thursday, June 2 at 9:30, is re-scheduled to the 6th day of June, 2005, at 10:00 a.m./p.m.

This 1 day of June, 2005.

_____
Jon Phipps McCalla
United States District Judge

Approved:

THOMASON, HENDRIX, HARVEY,
JOHNSON & MITCHELL, PLLC

By: _____
Kemper B. Durand
Court-Appointed Counsel for
Gina Gail Smith

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 6-3-05

17

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 17 in case 2:05-CR-20043 was distributed by fax, mail, or direct printing on June 3, 2005 to the parties listed.

---

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Kemper B. Durand
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Honorable Jon McCalla
US DISTRICT COURT