# UNITED STATES DISTRICT COURT
## Western District of Tennessee

FILED BY _____ D.C.

05 JUN -6 PM 5: 02

ROBERT R. Di TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

UNITED STATES OF AMERICA
    Plaintiff,

VS.                                              Case Number 2:05CR20043-01-Ml

GINA GAIL SMITH
    Defendant.

## JUDGMENT AND COMMITMENT ORDER
## ON SUPERVISED RELEASE VIOLATION
(For Offenses Committed On or After November 1, 1987)

The defendant, Gina Gail Smith, was represented by Kemper Durand, Esq.

It appearing that the defendant, who was convicted on February 18, 2005, in the above styled cause and was placed on Probation for a period of one (1) year, has violated the terms of Probation.

It is hereby ORDERED and ADJUDGED that the Probation of the defendant be revoked and that the defendant be committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of TIME SERVED.

FURTHERMORE, the Court hereby imposes a term of Supervised Release of one (1) year with the same previously imposed conditions of Probation. As well, the Court ordered that the defendant abide by the following additional conditions:

1. The defendant shall continue to reside and continue treatment at Hope House as long as permitted.
2. The defendant shall participate in an active drug and/or alcohol support group at least three (3) times per week.

The defendant is allowed to remain released on present bond.

Signed this the _____ day of June, 2005

JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 6-7-05

Defendant's SS No.: 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
Defendant's Date of Birth: 11/22/1957
U.S. Marshal No.: 19764-076
Defendant's Mailing Address: 1383 Kney, Memphis, TN 38107



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 19 in case 2:05-CR-20043 was distributed by fax, mail, or direct printing on June 7, 2005 to the parties listed.

---

Kemper B. Durand
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT