FILED BY_____ _____D.C.

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE     05 OCT 25  AM 10: 40
WESTERN DIVISION

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITES STATES OF AMERICA,

       Plaintiff,

     v.                                      Cr. No.  05-20043-Ml

GINA SMITH,

       Defendant.

## ORDER GRANTING DEFENDANT'S MOTION TO
## CONTINUE SUPERVISED RELEASE VIOLATION HEARING

For good cause shown, and without objection from the government, the supervised release

violation hearing in this matter, currently set for Tuesday, October 25, 2005, is hereby **RESET** to

*Tuesday, November 8, 2005 at 9:00 a.m.*

It is so **ORDERED**, this the _24_ day of October, 2005.

**HONORABLE JON PHIPPS McCALLA**
**UNITED STATES DISTRICT COURT JUDGE**

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _10-25-05_

32

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 32 in case 2:05-CR-20043 was distributed by fax, mail, or direct printing on October 25, 2005 to the parties listed.

---

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Mary Catherine Jermann
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT