m1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY_____JE_____D.C.

05 NOV 14 AM 9: 55

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Plaintiff, | * | |
| | * | Cr. No. ~~94-20297~~-M1 |
| vs. | * | 05-20043 |
| | * | **MOTION GRANTED** |
| GINA GAIL SMITH, | * | Reset to 9:00 am. |
| | * | Nov. 22, 2005 |
| Defendant. | * | JON PHIPPS McCALLA |
| | | U.S. DISTRICT JUDGE |

Nov. 11, 2005
DATE

MOTION FOR CONTINUANCE OF NOVEMBER 16, 2005
SUPERVISED RELEASE VIOLATION HEARING

The United States moves the Court to continue the supervised release violation hearing presently set in this case for November 16, 2005 at 3:00 p.m. until November 21, 2005 or thereafter. Counsel for the United States is scheduled to be out of town on the date of the present setting. Counsel for defendant has been consulted and has no objection to this motion.

Respectfully submitted,

LAWRENCE J. LAURENZI
Acting United States Attorney

By: _____
TONY R. ARVIN
Assistant United States Attorney
167 N. Main, Room 800
Memphis, TN  38103
(#11392 Tennessee)

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  11-14-05

(37)

## CERTIFICATE OF SERVICE

I, Tony R. Arvin, Assistant United States Attorney for the Western District of Tennessee, hereby certify that a copy of the foregoing Motion has been mailed, first class postage pre-paid, to Howard Wagerman, Attorney at Law, 200 Jefferson Avenue, Suite 1313, Memphis, TN  38103.

This 9th day of November, 2005.

TONY R. ARVIN
Assistant United States Attorney
167 N. Main, Room 800
Memphis, TN  38103

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 37 in case 2:05-CR-20043 was distributed by fax, mail, or direct printing on November 14, 2005 to the parties listed.

---

Mary Catherine Jermann
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT