UNITED STATES DISTRICT COURT
Western District of Tennessee

FILED BY JPM D.C.

05 DEC 14 AM 11:56

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA
    Plaintiff,

VS.

Case Number 2:05CR20043-01-M1

GINA GAIL SMITH
    Defendant.

## JUDGMENT AND COMMITMENT ORDER
## ON SUPERVISED RELEASE VIOLATION
(For Offenses Committed On or After November 1, 1987)

    The defendant, Gina Gail Smith, was represented by Mary Jermann, Esq.

    The defendant was convicted on February 18, 2005 in the above styled cause and was placed on Probation for a period of one (1) year. That period of Probation was revoked on June 6, 2005 and the defendant was sentenced to a period of Time Served and was placed on Supervised Release for a period of one (1) year. The defendant pleaded guilty to the violation of the Conditions of Supervised Release on November 22, 2005.

    It is hereby ORDERED and ADJUDGED that the Supervised Release of the defendant be revoked and that the defendant be committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of six (6) months.

    FURTHERMORE, the Court hereby vacates the previously imposed period of Supervised Release.

    Restitution and other monetary penalties remain as previously imposed.

    The Court recommends to the Bureau of Prisons that the defendant be transferred as soon as possible from the facility at Mason, TN to a Federal Medical Facility for treatment of severe drug addiction. The defendant's condition indicates that she is at serious risk if she is not housed in an appropriate medical facility.

    The defendant is remanded to the custody of the U.S. Marshal.

    Signed this the ___14___ day of December, 2005.

                                        JON PHIPPS McCALLA
                                        UNITED STATES DISTRICT JUDGE

<u>Defendant's SS No.</u>: 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
<u>Defendant's Date of Birth</u>: 11/22/1957
<u>U.S. Marshal No.</u>: 19764-076
<u>Defendant's Mailing Address</u>: 1383 Kney, Memphis, TN 38107

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _12-14-05_

(43)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 43 in case 2:05-CR-20043 was distributed by fax, mail, or direct printing on December 14, 2005 to the parties listed.

---

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Mary Catherine Jermann
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT